UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DION K. HUMPHREY, ) | |
| ) | |
| Petitioner, ) | CASE NO.   C05-1866-JCC-JPD |
| ) | |
| v. ) | |
| ) | |
| DOUG WADDINGTON, ) | ORDER GRANTING RESPONDENT'S |
| ) | MOTION FOR EXTENSION OF TIME |
| Respondent. ) | |
| _____) | |

Respondent has filed a motion for an extension of time to file an answer to petitioner's habeas petition. (Doc. #23). Based upon a review of the motion and the balance of the record, the court hereby finds and ORDERS as follows:

(1)   Respondent seeks a 30-day extension of time, until March 28, 2006, to file the answer. This is the first extension of time sought by respondent. Respondent's motion (Doc. #23) is GRANTED.

(2)   The answer shall be filed and served no later than **March 28, 2006.**  The answer will be treated in accordance with Local Rule CR 7. **Accordingly, on the face of the answer, respondent shall note the answer for consideration on the fourth Friday after filing**. Petitioner may file and serve a response no later than the Monday immediately preceding the Friday designated for consideration of the matter. Respondent may file and serve a reply no later than the Friday designated for consideration of the matter.

ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME
PAGE 1

1   (3) The Clerk shall send a copy of this Order to petitioner, to counsel for respondent, and to the Honorable John C. Coughenour.

DATED this 3rd day of March, 2006.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge